**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-17-00379-CR**

_____

**Caryn Lee Stucky, Appellant**

**V.**

**The State of Texas, Appellee**

_____

**On Appeal from the 221st District Court**
**of Montgomery County, Texas**
**Trial Cause No. 17-01-00333-CR**

_____

**ORDER**

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to Appellant, advised Appellant of Appellant's right to examine the appellate record and file a pro se response, and supplied Appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

Appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before **Monday, March 26, 2018**. *See id.*, 436 S.W.3d at 321-22.

ORDER ENTERED March 8, 2018.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.